NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUGAL K. TANEJA,          )
                          )
          Appellant,      )
                          )
v.                        )          Case No. 2D17-3451
                          )
FIRST STREET AND FIFTH AVENUE,  )
LLC a/k/a FSFA, LLC; DOWNTOWN    )
ST PETE PROPERTIES, LLC, a Florida  )
limited liability company; BROADWAY  )
BANK, an Illinois Banking company;  )
FUEL INVESTMENT & DEVELOPMENT  )
II, LLC, a Florida limited liability  )
company; PARAGON MORTGAGE  )
HOLDINGS, LLC, a Florida limited  )
liability company; ABED, INC., a Florida  )
corporation; INDIRA LALWANI,  )
individually; FUEL GROUP, LLC, a  )
Florida limited liability company; SMITH  )
SANTIESTEBAN ALLEN ARCHITECTS,  )
INC., a Florida Corporation; PATRICK  )
T. LENNON; MACFARLANE  )
FERGUSON & McMULLEN, P.A.;  )
CHANDRESH SARAIYA, individually;  )
                          )
          Appellees.      )
_____)

Opinion filed January 30, 2019.

Appeal from the Circuit Court for Pinellas
County; John A. Schaefer, Judge.

William J. Cook and Chris A. Barker of
Barker | Cook, Tampa, for Appellant.

John Anthony and Andrew J. Ghekas of Anthony & Partners, LLC, Tampa, for Appellee, First Street and Fifth Avenue, LLC.

No appearance for remaining Appellees.


PER CURIAM.

      Affirmed.


KHOUZAM, SLEET, and BADALAMENTI, JJ., Concur.